Jason N. Haycock (SBN 278983)
jason.haycock@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: +1 415 882 8200
Facsimile: +1 415 882 8220

Allen Bachman (*pro hac vice*)
allen.bachman@klgates.com
**K&L GATES LLP**
1601 K Street NW
Washington D.C., 20006-1600
Telephone + 1 202 778 9000
Facsimile + 1 202 778 9100

Michael J. Freno (*pro hac vice*)
michael.freno@klgates.com
Jeffrey C. Johnson (*pro hac vice*)
jeffrey.johnson@klgates.com
Harold Storey (SBN 268603)
harold.storey@klgates.com
Elizabeth Weiskopf (*pro hac vice*)
elizabeth.weiskopf@klgates.com
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: + 1 206 623 7580
Facsimile: + 1 206 623 7022

*Attorneys for Plaintiff Genus Lifesciences Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENUS LIFESCIENCES INC., <br><br> Plaintiff, <br><br> vs. <br><br> LANNETT COMPANY, INC., CODY LABORATORIES, INC., and FIRST DATABANK, INC. <br><br> Defendants. | Case No.: 3:18-cv-07603-WHO <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME FOR RESPONSE AND REPLY BRIEFS TO DEFENDANTS' MOTIONS TO DISMISS** |

Pursuant to Civil Local Rule 6-2, and subject to the Court's approval, Plaintiff Genus Lifesciences Inc., as well as Defendants Lannett Company, Inc. ("Lannett"), Cody Laboratories, Inc. ("Cody"), and First Databank, Inc. (collectively, "Defendants") submit the following stipulation:

**WHEREAS**, on February 11, 2019, Defendants filed motions to dismiss and noticed hearings on those motions for March 27, 2019, Dkt. Nos. 29, 30;

**WHEREAS**, under the current schedule, Plaintiff must file its response briefs by February 25, 2019, and Defendants must file their reply briefs by March 4, 2019, *id.*;

**WHEREAS**, the parties agree to extend the date by which Plaintiff has to file its response briefs to March 4, 2019, and the date by which Defendants have to file their reply briefs to March 15, 2019;

**WHEREAS**, the Parties previously modified the case schedule in the following ways:

- on January 7, 2019, the parties stipulated and agreed to extend the time by which Defendants Lannett and Cody had to respond to Plaintiff's complaint, Dkt. No. 20;
- on January 8, 2019, the parties stipulated and agreed to extend the time by which Defendant First Databank had to respond to Plaintiff's complaint, Dkt. No. 21;

**WHEREAS**, the requested time modification would impact the following events currently set by Court order:

- the date by which Plaintiff must file its response briefs to Defendants' motions to dismiss would be extended by 7 days, from February 25, 2019, to March 4, 2019;
- the date by which Defendants must file their reply briefs in support of their motions to dismiss would be extended by 11 days from March 4, 2019, to March 15, 2019;

**WHEREAS**, the Parties submit that the requested time modification will have a minimal impact on the overall case schedule because no trial date has been set and the Case Management Conference and hearing on the motions to dismiss will not be impacted by the scheduling change;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** that, subject to Court approval, the Parties agree that:

- Plaintiff shall have until March 4, 2019, to file its response briefs to Defendants' motion to dismiss;

2
STIPULATED REQUEST FOR ORDER CHANGING TIME; CASE NO. 18-CV-07603-WHO

- Defendants shall have until March 15, 2019, to file their reply briefs in support of their motions to dismiss.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: February 14, 2019      **K&L GATES LLP**

_____/s/_____
MICHAEL FRENO

Attorneys for Plaintiff
GENUS LIFESCIENCES INC.

Dated: February 14, 2019      **DECHERT LLP**

_____/s/_____
GEORGE G. GORDON
JULIA CHAPMAN

Attorneys for Defendants
LANNETT COMPANY, INC. and
CODY LABORATORIES, INC.

Dated: February 14, 2019      **THE HEARST CORPORATION**

_____/s/_____
RAVI SITWALA

Attorneys for Defendant
FIRST DATABANK, INC.

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

*/s/ Jason N. Haycock*

**PURSUANT TO STIPULATION, as modified below, IT IS SO ORDERED** that:

- Plaintiff's response briefs to Defendants' motion to dismiss are due March 4, 2019;
- Defendants' reply briefs in support of their motions to dismiss are due March 15, 2019.
- **The hearing on the motion shall be moved to April 3, 2019 at 2:00 p.m.**

Dated: February 14, 2019

Hon. William H. Orrick
United States District Judge