DECHERT LLP
George G. Gordon (Pa. 63072)
george.gordon@dechert.com
Julia Chapman (Pa. 315959)
julia.chapman@dechert.com
Cira Centre
2929 Arch Street
Philadelphia, Pennsylvania 19104-2808
Telephone: +1 215 994 4000
Facsimile: +1 215 994 2222

DECHERT LLP
Lily A. North (Cal. 260709)
lily.north@dechert.com
One Bush Street, Suite 1600
San Francisco, CA 94104
Telephone: +1 415 262 4528
Facsimile: +1 415 262 4555

*Attorneys for Defendants
Lannett Company, Inc. and Cody
Laboratories, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENUS LIFESCIENCES INC.,<br><br>Plaintiff,<br><br>vs.<br><br>LANNETT COMPANY, INC., CODY LABORATORIES, INC., and FIRST DATABANK, INC.<br><br>Defendants. | Case No.: 3:18-cv-07603-WHO<br><br>**STIPULATED REQUEST FOR ORDER CHANGING DATE OF CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 6-2, and subject to the Court's approval, Defendants Lannett Company, Inc. ("Lannett") and Cody Laboratories, Inc. ("Cody"), as well as Defendant First Databank, Inc. (collectively, "Defendants") and Plaintiff Genus Lifesciences Inc., submit the following stipulation:

**WHEREAS**, on December 12, 2018, the Court scheduled an Initial Case Management Conference for March 26, 2018, Dkt. 6;

**WHEREAS**, on February 18, 2019, the Court scheduled oral argument on the Defendants' Motions to Dismiss for April 3, 2019 at 2:00 p.m., Dkt. 34;

**WHEREAS**, the parties jointly request that the Court schedule the Case Management Conference for April 2, 2019, the day preceding the oral argument;

**WHEREAS**, the Parties previously modified the case schedule in the following ways:

- on January 7, 2019, the parties stipulated and agreed to extend the time by which Defendants Lannett and Cody had to respond to Plaintiff's complaint, Dkt. 20;
- on January 8, 2019, the parties stipulated and agreed to extend the time by which Defendant First Databank had to respond to Plaintiff's complaint, Dkt. 21;
- on February 13, 2019 the parties stipulated and agreed to extend the time by which Plaintiff had to file its response briefs to Defendants' Motions to Dismiss and Defendants had to file their replies thereto to March 4, 2019 and March 15, 2019 respectively, Dkt. 33;

**WHEREAS**, the Parties submit that the requested schedule modification will have no impact on the overall case schedule;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** that, subject to Court approval, the Parties agree that:

- The Initial Case Management Conference will be held on April 2, 2019.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: March 4, 2019					**K&L GATES LLP**


					*/s/ Michael Freno*_____
					MICHAEL FRENO

					Attorneys for Plaintiff
					GENUS LIFESCIENCES INC.


Dated: March 4, 2019					**DECHERT LLP**


					 */s/ George G. Gordon*_____
					GEORGE G. GORDON

					Attorneys for Defendants
					LANNETT COMPANY, INC. and
					CODY LABORATORIES, INC.


Dated: March 4, 2019					**THE HEARST CORPORATION**


					*/s/ Ravi V. Sitwala*_____
					RAVI V. SITWALA


					Attorneys for Defendant
					FIRST DATABANK, INC.

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

					*/s/ Julia Chapman*

3

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that:

- The Initial Case Management Conference will be held on April 3, 2019.

Dated: March 20, 2019

_____
Hon. William H. Orrick
United States District Judge