Michael J. Freno (*pro hac vice*)
michael.freno@klgates.com
Jeffrey C. Johnson (*pro hac vice*)
jeff.johnson@klgates.com
Harold Storey (SBN 268603)
harold.storey@klgates.com
Elizabeth Weiskopf (*pro hac vice*)
elizabeth.weiskopf@klgates.com
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: + 1 206 623 7580
Facsimile: + 1 206 623 7022

Jason N. Haycock (SBN 278983)
jason.haycock@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: +1 415 882 8200
Facsimile: +1 415 882 8220

Allen Bachman (*pro hac vice*)
allen.bachman@klgates.com
**K&L GATES LLP**
1601 K Street NW
Washington D.C. 20006
Telephone: + 1 202 778 9000
Facsimile: + 1 202 778 9100

*Attorneys for Plaintiff Genus Lifesciences, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENUS LIFESCIENCES INC.,<br><br>Plaintiff,<br><br>vs.<br><br>LANNETT COMPANY, INC., CODY LABORATORIES, INC., and FIRST DATABANK, INC.<br><br>Defendants. | Case No.: 3:18-cv-07603-WHO<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME FOR GENUS LIFESCIENCES INC. TO RESPOND TO FIRST DATABANK, INC.'S MOTIONS TO DISMISS** |

Pursuant to Civil Local Rule 6-2, and subject to the Court's approval, Plaintiff Genus Lifesciences Inc. ("Genus") and Defendant First Databank, Inc. ("First Databank") hereby stipulate as follows:

**WHEREAS**, on July 3, 2019, First Databank filed a motion to dismiss Genus's First Amended Complaint, Dkt. No. 66;

**WHEREAS**, First Databank noticed its motion for hearing on August 21, 2019, *id.*;

**WHEREAS**, Genus's response to First Databank's motion to dismiss is currently due on July 17, 2019;

**WHEREAS**, the parties agree to extend the date by which Genus has to file its response to First Databank's motion to dismiss to July 31, 2019;

**WHEREAS**, the parties in this case have sought the previous time modifications:

- on January 7, 2019, the parties stipulated to extend the time by which Lannett Company, Inc. and Cody Laboratories, Inc. (collectively, "Lannett") had to respond to Plaintiff's complaint, Dkt. No. 20;
- on January 8, 2019, the parties stipulated to extend the time by which First Databank had to respond to Plaintiff's complaint, Dkt. No. 21;
- on February 13, 2019, the parties stipulated to extend the time by which Genus had to file its response briefs to Lannett's and First Databank's motions to dismiss, and stipulated to extend the time by which Lannett and First Databank had to file their replies, Dkt. No. 33;
- on March 4, 2019, the parties stipulated to extend the time for the Initial Case Management Conference, Dkt. No. 35
- on June 17, 2019, Genus and Lannett stipulated to extend the time by which Lannett had to respond to Genus's First Amended Complaint, Dkt. No. 58;
- on June 19, 2019, Genus and First Databank stipulated to extend the time by which First Databank had to respond to Genus's First Amended Complaint, Dkt. No. 60.

**WHEREAS**, the requested time modification would impact the following events:

2

- the date by which Genus must file its response to First Databank's motion to dismiss would extend from July 17, 2019, to July 31, 2019;
- the date by which First Databank must file its reply brief would extend from July 24, 2019, to August 7, 2019.

**WHEREAS**, the requested time modification will have a minimal impact on the overall case schedule because no trial date has been set;

**IT IS HEREBY STIPULATED** that, subject to Court approval:

- Genus shall have until July 31, 2019, to file its response to First Databank's motion to dismiss Genus's First Amended Complaint.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: July 12, 2019

Respectfully submitted,
K&L GATES LLP
JASON N. HAYCOCK

By: */s/ Jason N. Haycock*
    Jason N. Haycock

Attorneys for Genus Lifesciences, Inc.

DATED: July 12, 2019

Respectfully submitted,
THE HEARST CORPORATION
RAVI V. SITWALA

By: */s/ Ravi V. Sitwala*
    Ravi V. Sitwala

Attorneys for Defendant First Databank, Inc.

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

*/s/ Jason N. Haycock*

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that:

Genus's response to First Databank's motion to dismiss Genus's First Amended Complaint shall be due July 31, 2019.

Dated: July 12, 2019

_____
Hon. William H. Orrick
United States District Judge