UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GENUS LIFESCIENCES INC.,

    Plaintiff,

v.

LANNETT COMPANY, INC., et al.,

    Defendants.

Case No. 18-cv-07603-WHO

**ORDER OF DISMISSAL UPON SETTLEMENT**

Re: Dkt. No. 171

    The parties to the action, by and through their counsel, have filed a Stipulation of Dismissal. Dkt. No. 171. In accordance with the Stipulation, this matter is DISMISSED WITH PREJUDICE.

Dated: October 18, 2021

_____
WILLIAM H. ORRICK
United States District Judge